# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**SAMUEL TOLLIVER**                                                                                     **PLAINTIFF**
**ADC #128883**

v.                                              No: 2:22-cv-00033-PSH

**DEAN MANNIS,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered in favor of Defendants Dean Mannis and Clayton Evans. Plaintiff Samuel Tolliver's claims are dismissed with prejudice.

DATED this 11th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE